# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Tanya A. Pickett**　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter  **7**

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

**Part 1**

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes **X**　No ___
**(If yes, complete Part 2.)**

**Part 2**

**For each companion case, state in chronological order of cases:** (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition | **Raphael Eugene Harbin** | | |
| Relationship to this case | **Spouse of Debtor** | | |
| Case Number | **13-44785** | | |
| Chapter | **7** | | |
| Date filed | **4/18/2013** | | |
| District | **Eastern District of Michigan** | | |
| Division | **Detroit** | | |
| Judge | **Steven W. Rhodes** | | |
| Status/Disposition | **Pending** | | |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**

Attorney　　　　　　　　　　　　　　　　　　
Legal fee　　　$ _____　　　$ _____　　　$ _____
Proposed legal fee in this case　　$ _____
Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

---

**Part 3 - In a Chapter 13 Case Only**

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):
　　**[indicate which]**
　　　☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
　　　☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
　　　☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
　　　☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

**/s/ Tanya A. Pickett**　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ William R. Orlow**
**Tanya A. Pickett**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**William R. Orlow P41634**
Debtor　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　Debtor's Attorney

Date:　**June 12, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**B.O.C. Law Group, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**24100 Woodward Avenue**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Pleasant Ridge, MI 48069**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**248-584-2100 Fax: 248-584-1750**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**bocecf@boclaw.com**